# UNITED STATES DISTRICT COURT
## for the
### Northern District of Iowa

| | | |
|---|---|---|
| United States of America<br>v.<br>KRISTOPHER CLARK<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. CR05-2031 |

## ORDER OF TEMPORARY DETENTION PENDING REVOCATION OF SUPERVISED RELEASE HEARING

A revocation of supervised release hearing in this case is scheduled as follows:

| Place: | United States District Courthouse<br>111 7th Avenue SE<br>Courtroom 1, 2nd Floor<br>Cedar Rapids, Iowa 52401 | Before Chief Judge | Linda R. Reade |
|---|---|---|---|
| | | Date: | February 26, 2015 |
| | | Time: | 10:15 a.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: February 13, 2015

*Judge's signature*

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
*Printed name and title*